Ted Buck, WSBA #22029
Frey Buck, P.S.
1200 Fifth Ave, Suite 1900
Seattle, WA  98101
(206) 486-8000
Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GINA L. BRITTON, a single woman, and on behalf of other similarly situated,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>SERVICELINK FIELD SERVICES, LLC, formerly known as LPS FIELD SERVICES, INC.,<br><br>　　　　　　Defendant. | NO.<br><br>Washington State Court, Spokane County Cause No. 18-2-00007-1<br><br>**DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>[Diversity Jurisdiction – Class Action Fairness Act] |

TO:　The Honorable Judges of United States District Court for the Eastern District of Washington at Spokane:

{00342665;1}

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 1

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

PLEASE TAKE NOTICE THAT Defendant ServiceLink Field Services, LLC, f/k/a LPS Field Services, Inc., ("ServiceLink") respectfully removes the above-captioned action, Case No. 18-2-00007-1, currently pending in the Superior Court of the State of Washington for Spokane County, to the United States District Court of the Eastern District of Washington at Spokane.  Removal is based on 28 U.S.C. §§ 1332(d) (the Class Action and Fairness Act), 1441(b), 1446, and 1453.

## STATEMENT OF JURISDICTION

1. On or about January 2, 2018, Plaintiff Gina L. Britton ("Plaintiff") commenced an action in the Superior Court of the State of Washington, Spokane County entitled *Gina L. Britton, a single woman, and on behalf of others similarly situated v. ServiceLink Field Services, LLC*, *f/k/a LPS Field Services, Inc.,* Case No: 18200007-1 by filing a Complaint.

2. The Complaint and Summons were served on ServiceLink on January 4, 2018.  This notice has been timely filed within the period required under 28 U.S.C. ¶ 1446.

3. Superior Court of the State of Washington, Spokane County is located within the Eastern District of Washington at Spokane.  28 U.S.C. § 105(b)(1).  Therefore, venue for the removal is proper

{00342665;1}

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 2

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

because this is the "district and division embracing the place where such action is pending." 28 U.S.C. §1441(a).

4. Pursuant to 28 U.S.C. §1441(a), a copy of all process and pleadings served upon Defendant is attached hereto. Further, pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal is being served upon Plaintiff's counsel and a copy is being filed with the Clerk of the Superior Court of the State of Washington, Spokane County.

5. This matter is removable because this honorable Court has original jurisdiction over this action pursuant to the Class Action Fairness Act of 2005, Pub. L. No. 109-2, 119 Stat. 4 (codified in scattered sections of 28 U.S.C.) ("CAFA").

6. CAFA grants federal district courts original jurisdiction over civil class action lawsuits filed under federal or state law in which any member of a class of plaintiffs is a citizen of a state different from any defendant, and where the amount in controversy exceeds $5,000,000, exclusive of interest and costs.

7. Pursuant to 28 U.S.C. § 1332(d)(2)(A), district courts have original jurisdiction over civil actions where "the matter in controversy exceeds the sum or value of $5,000,000.00, exclusive of interest

{00342665;1}

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 3

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

and costs, and is a class action in which (A) any member of a class of plaintiffs is a citizen of a State different from any defendant." The statute also permits a class's damages to be aggregated to determine whether the amount in controversy is sufficient. 28 U.S.C. § 1332(d)(6). Finally, the class must have a minimum of 100 members. 28 U.S.C. § 1332(d)(5)(B).

8. This matter is removable pursuant to CAFA because (a) the amount in controversy exceeds the value of $5,000,000, exclusive of costs and interest, (b) there are more than 100 class members, and (c) this putative class action is against a primary defendant, who is a citizen of another state.

9. First, ServiceLink denies the allegations contained in the Complaint and denies that Plaintiff or any putative class member is entitled to any monetary relief. Nonetheless, the amount in controversy here satisfies the jurisdictional threshold. Plaintiff seeks—and a fact-finder legally might award—aggregate damages in excess of the $5 million amount-in-controversy requirement. See 28 U.S.C. § 1332(d)(2), (d)(6). Plaintiff challenges Defendant's alleged "common course of conduct whereby it wrongfully and forcibly enters borrowers' properties

{00342665;1}

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 4

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

prior to completion of a foreclosure to perform destructive and disruptive acts, including destroying the existing lock(s) on a borrower's home, removing the borrower's destroyed locks from the home, rummaging through, "trashing out" and damaging property inside the home, and removing the borrower's personal property from the home and property." (Complaint, 1.8) Plaintiff herself alleges damages in excess of $1,000. (Complaint, 5.23.) Plaintiff's alleged damages are in excess of $1,000, trebled, plus attorneys' fees, which may be available under the Washington Consumer Protection Act RCW 19.86 *et seq.* Assuming average damages of only $1,000, without trebling or attorneys' fees, would require only 5,000 class members. With trebling (*i.e.,* an average total of $3,000), only 1,667 class members to reach the jurisdictional amount of over $5,000,000 in controversy. Plaintiff here alleges tens of thousands of class members. (Complaint, 6.5.) Plaintiff also alleges entitlement to treble damages and attorneys' fees both individually and on behalf of the class. (Complaint, 7.7-7.9.) Plainly, the amount in controversy exceeds $5,000,000.

{00342665;1}

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 5

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

10. Second, Plaintiff's complaint alleges over 100 class members. (Complaint, 6.5 [alleging over tens of thousands of class members].)

11. Third, minimal diversity exists because Plaintiff is a citizen of Washington and ServiceLink is not a citizen of Washington. ServiceLink is a limited liability company, whose sole member is ServiceLink Default Services, LLC. ServiceLink Default Services, LLC's sole member is ServiceLink NLS, LLC. ServiceLink NLS, LLC's sole member is ServiceLink Holdings, LLC. ServiceLink Holdings, LLC has a majority member, ServiceLink Holdings, Inc., a Delaware corporation with a principal place of business in Florida. ServiceLink Holdings, LLC has minority members, none of whom are citizens of Washington. They are:

   a. THL Equity Fund VI Investors (BKFS) III, L.P., a Delaware limited partnership with its principal place of business in Massachusetts, is owned (100%) by a Japanese bank with its principal place of business in Japan. The specific identity of the bank is subject to a confidentiality provision.

   b. THL Equity Fund VI Investors (BKFS-LM), LLC, a limited liability company with its principal place of business in

{00342665;1}

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 6

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

Massachusetts, is owned by a Delaware limited liability company, with its principal place of business in Massachusetts, which itself is owned by six corporations. The specific identity of the members is subject to confidentiality obligations. However, two of those six corporations are Wisconsin corporations, one is a Massachusetts corporation, and three are New Hampshire corporations. All control of those six corporations rests in Massachusetts, the location of the principal place of business of each of these six corporations.

c. THL Equity Fund VI Investors (BKFS-NB), LLC, a Delaware limited liability company with its principal place of business in Massachusetts is solely owned by a Wyoming limited partnership with its principal place of business in New York. The Wyoming limited partnership is owned (99%) by its limited partner, a governmental entity in the state of Wyoming, and is owned (1%) by its general partner, a Wyoming limited liability company that is indirectly controlled by a Delaware corporation with its principal place of

{00342665;1}

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 7

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

business in New York.  The specific identity of the members is subject to confidentiality obligations.

d. THL Investors Black Knight II (A) Holding Corp., a Delaware corporation with its principal place of business in Massachusetts.

e. THL Investors Black Knight II (B) Holding Corp., a Delaware corporation with its principal place of business in Massachusetts.

f. THL Black Knight II (A) Holding Corp., a Delaware corporation with its principal place of business in Massachusetts.

g. THL Black Knight II (B) Holding Corp., a Delaware corporation with its principal place of business in Massachusetts.

h. THL Black Knight II (C) Holding Corp., a Delaware corporation with its principal place of business in Massachusetts.

i. THL Black Knight II (D) Holding Corp., a Delaware corporation with its principal place of business in Massachusetts.

{00342665;1}

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 8

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

    j. THL Black Knight II (E) Holding Corp., a Delaware corporation with its principal place of business in Massachusetts.

12. Finally, this putative class action is not subject to the local controversy exception or the home-state exception because ServiceLink is not a Washington citizen.

WHEREFORE, ServiceLink gives notice that Case No. 18-2-00007-1, which is presently pending in the Superior Court of Spokane County, Washington, is hereby removed to this Court.

DATED this 2nd day of February, 2018 at Seattle, Washington.

**FREY BUCK, P.S.**

By: /s/ Ted Buck
Ted Buck, WSBA #22029
Attorneys for Defendants

{00342665;1}
DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 9

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660

## Certificate of Service

I certify that on the date noted below I electronically filed this document entitled **DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons:
:

Clay M. Gatens, WSBA #34102
clayg@jdsalaw.com
Devon A. Gray, WSBA #51485
devong@jdsalaw.com
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA  98807-1688
TEL:  (509) 662-3685
FAX:  (509) 662-2452

*Attorneys for Plaintiffs*

DATED this 2nd day of February, 2018, at Seattle, Washington.

                                                     /s/ Ted Buck via ECF
                                                     Ted Buck

{00342665;1}

DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT - 10

FREY BUCK, P.S.
1200 Fifth Ave, Suite 1900
Seattle WA 98101
TEL 206.486.8000  FAX 206.902.9660