UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GINA L. BRITTON, a single woman, and JEREMY N. LARSON, a single man, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SERVICELINK FIELD SERVICES, LLC, formerly known as LPS FIELD SERVICES, INC.,<br><br>Defendant. | NO: 2:18-CV-0041-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation of Dismissal of Action with Prejudice (ECF No. 115). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will bear their own costs, attorneys' fees, and expenses. The Court has reviewed the record and files herein, and is fully informed.

ORDER OF DISMISSAL ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own costs, attorneys' fees, and expenses.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED August 22, 2019.



*s/ Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge