# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

|  |  |
|---|---|
| GINA L. BRITTON, et al., | ) |
| *Plaintiff* | ) |
| v. | )   Civil Action No.   2:18-CV-0041-TOR |
| | ) |
| | ) |
| SERVICELINK FIELD SERVICES LLC, et al, | |
| *Defendant* | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:     Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation (ECF No. 115), this action is DISMISSED with prejudice,
each party shall bear their own costs, attorneys' fees, and expenses.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge     THOMAS O. RICE _____ in the Order of Dismissal (ECF No. 116).

Date:   August 22, 2019 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

Bridgette Fortenberry _____
*(By) Deputy Clerk*

Bridgette Fortenberry _____